

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2017

No. 04-16-00252-CV

Jean Eckford **HARDAWAY**, Et al.,
Appellants

v.

Lou Eda Korth Stubbs **NIXON**, Et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellant's brief was originally due on November 21, 2016. Ms. Stella Grace Marks represents appellant on appeal. This court has granted Ms. Marks two extensions of time in which to file the brief, the latest until January 3, 2017. Neither the brief nor a third motion for extension of time has been filed.

We, therefore, ORDER Ms. Marks to file, on or before January 30, 2017, appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1). If Ms. Marks fails to file appellant's brief and the written response on or before January 30, 2017, we will dismiss the appeal for want of prosecution. *See id.*; *see also* TEX. R. APP. P. 42.3(b),(c).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court